# Third District Court of Appeal
## State of Florida

Opinion filed November 23, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0779
Lower Tribunal No. 19-8931
_____

**Lamar Mitchell,**
Appellant,

vs.

**Ginley Lawn Service & Landscaping, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

Morgan & Morgan and Brian J. Lee (Jacksonville), for appellant.

Hamilton, Miller & Birthisel, LLP and Niva M. Harney-Hiller and Michael J. Dono, for appellee.

Before FERNANDEZ, C.J., and LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.